UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-24103-CIV-LENARD/O'SULLIVAN

CHANEL, INC.,

        Plaintiff,

v.

JACK SEO,

        Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Entry of Final Default Judgment against Defendant and Memorandum of Law in Support Thereof (DE# 16, 3/27/12). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that on or before **May 2, 2012,** the defendant shall file a response to the Plaintiff's Motion for Entry of Final Default Judgment against Defendant and Memorandum of Law in Support Thereof (DE# 16, 3/27/12). The failure to file a response may result in a recommendation that the Plaintiff's Motion for Entry of Final Default Judgment against Defendant and Memorandum of Law in Support Thereof (DE# 16, 3/27/12) be granted in its entirety.

The plaintiff shall promptly serve a copy of this Order on the defendant and file a notice of compliance with the Court.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **18th** day of April, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record